BEFORE: JOAN M. AZRACK  DATE: 3/15/2023
UNITED STATES DISTRICT JUDGE  TIME: 1:00 PM (30 min)

## CRIMINAL CAUSE FOR SENTENCING

**DOCKET NO. 19-cr-385 (JMA)**

**FILED**
**CLERK**

4:40 pm, Mar 15, 2023

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**DEFENDANT: Kamal Zafar   DEF. #: 1**
☒ Present  ☐ Not present  ☐ Custody  ☒ Bail
**DEFENSE COUNSEL: Glenn Obedin**
☐ Federal Defender  ☒ CJA  ☐ Retained

**AUSA: Charles Kelly**

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Lisa Schmid   COURTROOM DEPUTY: LMP

☒ Case Called.  ☒ Counsel present for all sides.
☒ Sentencing held.  ☐ Sentencing adjourned to _ for the reasons set forth on the record.
☒ Statements of defendant and counsel heard.
☒ Defendant sentenced on Count 1 of the second-Superseding Indictment.

SENTENCE TEXT: Count 1: 41 months. Supervised release: 2 years, with special conditions. Special Assessment: $100.00. Restitution: $3,266,714.00. Forfeiture Order: $232,262.22.

☒ Remaining open counts are dismissed on
  ☒ Government's motion.  ☐ Court's motion.
☒ Court advised defendant of right to appeal.
☐ Defendant waived right to appeal in plea agreement.
☐ Transcript of the proceeding sealed with the exception of providing a copy to the parties.

Defendant  ☐ Remains in Custody.  ☐ On bail pending appeal.
☒ Shall surrender to the institution designated by the U.S. Bureau of Prisons by 12:00 PM on 6/1/2023.

OTHER: