# Obedin & Weissman, LLP
## Attorneys at Law

GLENN A. OBEDIN
IRA R. WEISSMAN

*The Courthouse Corporate Center, Suite 4200*
*320 Carleton Avenue Central Islip, NY 11722*

_____

*PHONE (631) 979-7777; FAX (631) 265-5952*
*NOWLAW@iCLOUD.COM*

May 22, 2023

The Honorable Joan M. Azrack, U.S.D.J.
Alphonse M. D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722

              Re: U.S. v. Zafar
                Case No. 19-CR-385 (JMA)

Dear Judge Azrack,

  I am the attorney for the above referenced individual, Kamal Zafar. Mr. Zafar is currently scheduled to surrender on June 1, 2023, to begin serving his sentence.

  Mr. Zafar's mother recently took ill and was hospitalized. Subsequently, she entered a rehabilitation facility. She will now be coming home. Mr. Zafar would like to be home to get his mother situated with home care, etc. To that end, I am requesting that Mr. Zafar's surrender date be extended for one month, thereby allowing him to adequately situate his mother.

  I have spoken with A.U.S.A. Charles Kelly, as well as Pretrial Officer Corrine Carroll, and both Mr. Kelly and Officer Carroll consent to this request.

  I thank the Court, in advance, for its kind consideration of this matter.

                  Very Truly Yours,


                  Glenn A. Obedin